United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/9/12

-------------------------------------

THOMAS O'CONNOR AND KIMBERLY
O'CONNOR,

                    Plaintiffs,

    - against -

HARI S. KHALSA, SEAPORT PARKING LLC,
AND ICON PARKING SYSTEMS, LLC,

                    Defendants.

-------------------------------------

12 Civ. 5916 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes two defendants as limited liability companies. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The parties should therefore advise the Court as soon as possible as to the citizenship of each of the members of the limited liability companies.

SO ORDERED.

Dated:    New York, New York
           August 8, 2012

                                      John G. Koeltl
                                 United States District Judge